**Order entered September 19, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00895-CV

### JESSICA DIXON, Appellant

### V.

### QUAIL RUN CONDOMINIUM ASSOCIATION AND PRINCIPAL MANAGEMENT GROUP, INC., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-19277**

## ORDER

Before the Court are appellant's September 16, 2019 (1) letter informing the Court that a document in the clerk's record appears "tampered with and differs from the original document that had been filed with the Trial Court;" and, (2) motion for extension of time to file her brief based on the state of the record.

To the extent appellant seeks a corrected record, we **DENY** the request without prejudice to her refiling a motion that describes the differences between the complained-of document and the original. To the extent appellant seeks an extension, we **GRANT** the motion and **ORDER** the brief be filed no later than October 28, 2019.

/s/    ERIN A. NOWELL
        JUSTICE